**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| **STACEY J. HAWKINS** | * |
| | * |
|     **Plaintiff** | |
| | * Civil Action No.1:16-cv-858 |
| v. | * |
| **RUPP AND ASSOCIATES, INC.** | |
| | * |
|     **Defendants** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by her undersigned counsel, voluntarily dismisses this action as to Defendant, Rupp and Associates, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated: May 5, 2016          Respectfully Submitted,

                                  */s/ E. David Hoskins*
                                  E. David Hoskins, Bar No.: 06705
                                  LAW OFFICES OF E. DAVID HOSKINS, LLC
                                  16 E. Lombard Street, Ste. 400
                                  Baltimore, Maryland 21202
                                  (410) 662-6500 (Tel.)
                                  (410) 662-7800 (Fax)
                                  *davidhoskins@hoskinslaw.com*

DATED:_____  SO ORDERED: _____